# UNITED STATES BANKRUPTCY COURT
### Eastern District Of Michigan

In re:   Melissa G. Norris,                          Case No. **10-49009-wsd**
                                                     Chapter 7
                                                     Hon. Walter Shapero

                 Debtor.
_____/

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

**[X]**    **IT IS ORDERED** that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

**[X]**    **IT IS FURTHER ORDERED** that the debtor(s) shall pay the filing fee according to the following terms:

$ __**299.00**__    Check one   [  ] With the filing of the petition, or
                                [X] On or before   04/30/2010

and

$ _____ on or before _____
$ _____ on or before _____
$ _____ on or before _____

**[X]**    **IT IS FURTHER ORDERED** that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

**BY THE COURT**

**Signed on March 23, 2010**

                                       /s/ Walter Shapero
                                    **Walter Shapero**
                                    **United States Bankruptcy Judge**