## UNITED STATES BANKRUPTCY COURT
### Eastern District Of Michigan

**In re:  Melissa G. Norris**,                              Case No. **10-49009-wsd**
                                                            Chapter 7
                                                            Hon. Walter Shapero
                        Debtor.

_____/

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

**[X ]**     **IT  IS ORDERED** that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

**[X ]**     **IT IS FURTHER ORDERED** that the debtor(s) shall pay the filing fee according to the following terms:

**$      299.00      ** Check one   [   ] With the filing of the petition, or
                                    **[ X ]  On or before    04/30/2010           **
and

$ _____ on or before    _____
$ _____ on or before    _____
$ _____ on or before    _____

**[X]**     **IT IS FURTHER ORDERED** that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

**BY THE COURT**

.

**Signed on March 23, 2010**

                                              **        /s/ Walter Shapero        **
                                                **Walter Shapero**
                                                **United States Bankruptcy Judge**

# CERTIFICATE OF NOTICE

```
District/off: 0645-2          User: vfiel          Page 1 of 1          Date Rcvd: Mar 23, 2010
Case: 10-49009               Form ID: pdf01        Total Noticed: 1
```

```
The following entities were noticed by first class mail on Mar 25, 2010.
db            +Melissa G Norris,   1471 Blossom Ave.,   Ypsilanti, MI 48198-3360

The following entities were noticed by electronic transmission.
NONE.                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 25, 2010                    Signature:    _Joseph Speetjens_