IN THE BANKRUPTCY COURT FOR THE UNITED STATES
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

Melissa Norris                                            10-49009
                                                          Hon. Walter Shapero
                                                          Chapter 7

        Debtor(s).
_____/

## ORDER REGARDING TURNOVER

The Trustee and debtor having determined that the debtor possessed non exempt assets and the parties having agreed,

IT IS HEREBY ORDERED:

The debtor will cause to be paid to the Trustee the sum of $1,954.04 over the next six months at $300 per month and $154.04 in the seventh month. The first payment is due on June 2, 2010. Should the debtor fail to pay the estate as required, and the Trustee files a certification to that effect, the debtors shall not be entitled to discharge and the Court will revoke any discharge granted to debtor.

.

**Signed on May 24, 2010**

                                    **_____ ___/s/ Walter Shapero_ ____**
                                    **Walter Shapero**
                                    **United States Bankruptcy Judge**