# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 10-49009-WS | | **Trustee Name:** | Douglas S. Ellmann |
| **Case Name:** | NORRIS, MELISSA G | | **Date Filed (f) or Converted (c):** | 03/20/2010 (f) |
| **For the Period Ending:** | 6/4/2010 | | **§341(a) Meeting Date:** | 04/28/2010 |
| | | | **Claims Bar Date:** | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Cash on hand | $150.00 | $0.00 | DA | $0.00 | FA |
| 2 | TCF Bank | $300.00 | $0.00 | DA | $0.00 | FA |
| 3 | Suzanne Garrett - landlord deposit | $500.00 | $0.00 | DA | $0.00 | FA |
| 4 | Miscellaneous furniture and household goods | $2,000.00 | $0.00 | DA | $0.00 | FA |
| 5 | Textbooks | $50.00 | $0.00 | DA | $0.00 | FA |
| 6 | Clothes | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 7 | Hockey equipment | $300.00 | $0.00 | DA | $0.00 | FA |
| 8 | 401k | $700.00 | $0.00 | DA | $0.00 | FA |
| 9 | Estimated 2009 MI State Tax Refund | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 10 | 2009 Pontiac G6 Used, 26,000 miles | $11,890.00 | $0.00 | DA | $0.00 | FA |
| 11 | 2009 Toyota Yaris 15,000 miles | $13,000.00 | $0.00 | DA | $0.00 | FA |
| 12 | Cat | $0.00 | $0.00 | DA | $0.00 | FA |
| 13 | Turnover Order (u) | $1,954.04 | $1,954.04 | | $300.00 | $1,654.04 |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$33,344.04     $1,954.04     $300.00     $1,654.04

**Major Activities affecting case closing:**
Collect on Turnover Order.

**Initial Projected Date Of Final Report (TFR):** 03/20/2013     /s/ DOUGLAS S. ELLMANN
**Current Projected Date Of Final Report (TFR):** 03/20/2013     DOUGLAS S. ELLMANN