# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| In The Matter Of: | In Bankruptcy: |
|---|---|
| MELISSA G NORRIS | Case No. 10-49009-WS |
|  | Chapter 7 |
| Debtor(s). / | Hon. Walter Shapero |

## CERTIFICATE OF DISTRIBUTION

Douglas S. Ellmann, Trustee of the above-named estate, hereby states the following:

1. That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2. That the Trustee has collected $1,955.29 and disbursed $960.00, leaving a balance on hand of $995.29, which funds are deposited in an account at Sterling Bank;

3. That of the funds on hand the following distribution should be made:

| Chapter 7 Administrative Expenses | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|
| DOUGLAS S. ELLMANN, TRUSTEE FEE p/c/o 2-22-11 | $488.82 | 100.00% | $488.82 |
| | | **Subtotal:** | **$488.82** |

| | Unsecured Claims | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|---|
| 2 | Sallie Mae | $13,629.63 | 2.03% | $276.17 |
| 3 | Sallie Mae Inc., on behalf of the | $11,164.08 | 2.03% | $226.22 |
| 4 | LVNV Funding LLC | $201.29 | 2.03% | $4.08 |
| | | | **Subtotal:** | **$506.47** |
| | | | **Total:** | **$995.29** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Dated: February 24, 2011        /s/ DOUGLAS S. ELLMANN [P47413]
                                Douglas S. Ellmann, Chapter 7 Trustee

308 West Huron  
Ann Arbor MI 48103  
Phone: (734) 668-4800  
E-mail: dse@ellmannlaw.com